# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No.  14-cv-03246-WJM-NYW

BOB TRUJILLO,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Adopting February 3, 2015 Recommendation of Magistrate Judge and Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on February 20, 2015,

      IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 11) is ADOPTED in its entirety.

      IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss (ECF No. 6) is GRANTED.

      IT IS FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to timely exhaust his administrative remedies.

      Dated at Denver, Colorado this 23rd day of February 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk